# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  BRIAN MOHR  
      1572 GRANGE ROAD     SSN-xxx-xx-8972  
      DEKALB, IL  60115

Case Number: 07-70647

Case filed on: 3/21/2007  
Plan Confirmed on: 10/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $19,966.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A HART | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 006 | WELLS FARGO HOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | VALENTINE & KEBARTAS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | I.C. SYSTEM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | CITIZENS AUTO FINANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRIAN MOHR | 0.00 | 0.00 | 1,270.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,270.00 | 0.00 |
| 001 | DEVONAIRE FARMS COMMUNITY | 240.00 | 240.00 | 240.00 | 0.00 |
| 002 | GREAT BANK ALGONQUIN | 14,693.00 | 14,693.00 | 2,144.27 | 612.69 |
| 003 | JEFFERSON CAPITAL SYSTEMS, LLC | 3,400.67 | 295.80 | 295.80 | 0.00 |
| 004 | WELLS FARGO HOME MORTGAGE INC | 212,510.69 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO HOME MORTGAGE INC | 10,076.77 | 10,076.77 | 10,076.77 | 0.00 |
| 046 | MAZDA AMERICAN CREDIT | 2,177.70 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 243,098.83 | 25,305.57 | 12,756.84 | 612.69 |
| 002 | GREAT BANK ALGONQUIN | 1,426.37 | 1,426.37 | 56.30 | 0.00 |
| 003 | JEFFERSON CAPITAL SYSTEMS, LLC | 0.00 | 3,104.87 | 122.55 | 0.00 |
| 007 | AMERICAN EXPRESS CENTURION BANK | 6,720.10 | 6,720.10 | 265.25 | 0.00 |
| 008 | AMERICAN GENERAL FINANCIAL SERVICES | 928.72 | 928.72 | 36.66 | 0.00 |
| 009 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BEST BUY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BRINKS HOME SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | B-REAL LLC | 20,508.84 | 20,508.84 | 809.50 | 0.00 |
| 013 | CHICAGOLAND ORTHODONTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROUNDUP FUNDING LLC | 564.78 | 564.78 | 22.29 | 0.00 |
| 015 | CITY OF DEKALB | 202.44 | 202.44 | 7.99 | 0.00 |
| 016 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | H & R ACCOUNTS | 393.01 | 393.01 | 15.51 | 0.00 |
| 019 | DEKALB DENTAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | E.T.I FINANCIAL CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ERNEST ISADORE DPM P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WORLD FINANCIAL NETWORK NATIONAL BANK | 159.40 | 159.40 | 6.29 | 0.00 |
| 025 | GREAT WEST HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | GREAT BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | H & R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | HAUSER-ROSS EYE INSTITUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | H & R ACCOUNTS | 52.16 | 52.16 | 2.06 | 0.00 |
| 030 | RECOVERY MANAGEMENT SYSTEMS CORP | 1,280.62 | 1,280.62 | 50.55 | 0.00 |
| 031 | MAGNUM INSURANCE AGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MARSHALL FIELDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | MAZDA | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | OBERWEIS DAIRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SOLOMON & SOLOMON, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | THROUGH THE COUNTRY DOOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | TRAVEL ADVANTAGE NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | US BANK/ELAN RETAIL PMT SOLUTIONS | 1,211.24 | 1,211.24 | 47.81 | 0.00 |
| 041 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | VICTORIAS SECRET | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ROCKFORD MERCANTILE AGENCY INC | 585.33 | 585.33 | 23.10 | 0.00 |
| 048 | ROUNDUP FUNDING LLC | 3,740.61 | 3,740.61 | 147.65 | 0.00 |
| 049 | HARRIS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 37,773.62 | 40,878.49 | 1,613.51 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | |
|---|---|---|---|---|
| Grand Total: | 283,372.45 | 68,684.06 | 18,140.35 | 612.69 |

Total Paid Claimant:  $18,753.04
Trustee Allowance:   $1,212.96
Percent Paid Unsecured:   3.95

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>02/29/2008</u>          By  <u>/s/Heather M. Fagan</u>